■ In the Matter of HENRY PHIPPS PLAZA SOUTH ASSOCIATES, Respondent, v JUDITH QUIJANO et al., Appellants. [26 NYS3d 701]—Order of the Appellate Term of the Supreme Court, First Department, entered December 1, 2014, which, in this summary holdover proceeding, affirmed a judgment of the Civil Court, New York County (Peter M. Wendt, J.), entered August 6, 2012, after a nonjury trial, awarding possession of the subject apartment to petitioner landlord, unanimously reversed, on the law, without costs, the judgment of possession vacated and the proceeding dismissed with prejudice, based upon the reasoning set forth in the dissenting opinion of Schoenfeld, J., at Appellate Term (45 Misc 3d 12 [2014]). Concur—Sweeny, J.P., Renwick, Moskowitz and Gische, JJ.